# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00507-CV

**Todd Van Note, Appellant**

**v.**

**RDK Drafting & Design, L.P.; Superior Cabinets, Ltd.;
and Richard Kirkpatrick, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 250TH JUDICIAL DISTRICT
### NO. GN201436, HONORABLE F. SCOTT MCCOWN, JUDGE PRESIDING

Appellant Todd Van Note has filed a motion to dismiss this appeal. He represents that appellees RDK Drafting & Design, L.P.; Superior Cabinets, Ltd.; and Richard Kirkpatrick agree with his motion. We grant the motion and dismiss this appeal.

Mack Kidd, Justice

Before Justices Kidd, B. A. Smith and Yeakel

Dismissed on Appellant=s Motion

Filed: September 12, 2002

Do Not Publish